**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 95-5535**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEBORAH F. LEE,

Defendant - Appellant.

————————————

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., District Judge. (CR-95-382)

————————————

Submitted: May 16, 1996                 Decided: May 29, 1996

————————————

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Deborah F. Lee, Appellant Pro Se. Dean Arthur Eichelberger, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Deborah F. Lee appeals the sentence imposed after her guilty plea to bank embezzlement in violation of 18 U.S.C.A. § 656 (West 1976 & Supp. 1996), and 18 U.S.C. § 2 (1988). We have reviewed the record, including the presentence report and the transcript of the sentencing hearing, and find that the district court did not clearly err in assessing a two-level enhancement for obstruction of justice under U.S.S.G. § 3C1.1.[*] Nor did the court clearly err when it failed to apply a two-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1. Finding no other reversible error, we affirm Lee's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] United States Sentencing Commission, <u>Guidelines Manual</u> (Nov. 1994).